IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| AARON SARTOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:24-cv-01031-JDB-cgc |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

ORDER GRANTING MOTION FOR ATTORNEY'S FEES

Before the Court is Plaintiff's unopposed motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket Entry 14.) For good cause and because it is unopposed, the motion is GRANTED. Accordingly, an award of $1,359.02 in attorney's fees and costs to Sartor and his attorney is appropriate.

Any fees paid belong to Plaintiff, not his attorney, and can be offset to satisfy certain preexisting debts that the litigant owes. *See* 31 U.S.C. §§ 3701(b), 3711, 3716; *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if counsel for the parties can verify that Sartor owes no pre-existing debt subject to offset, Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to Sartor's signed statement assigning any EAJA fees to which he may be entitled to his attorney.

IT IS SO ORDERED this 17th day of June 2024.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE